```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION
```

KEVIN P. MILLER,                )
                                )
            Plaintiff,          )
                                )
        v.                      )    No. 4:05CV1345(AGF)
                                )
CRISTINA MILLER-FITZGIBBONS,    )
and                             )
STATE OF MISSOURI,              )
                                )
            Defendants.         )

## ORDER OF DISMISSAL
## PURSUANT TO
## 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 14th day of December, 2005.

_____
            **UNITED STATES DISTRICT JUDGE**